IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH A. ROBERTS,

    Plaintiff,

v.

STEVE WATTERS,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-400-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case with prejudice for failure to state a claim.

_____
Peter Oppeneer, Clerk of Court

SEP 3 0 2009
_____
Date